**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1042**

DERRICK MICHAEL ALLEN, SR.,

        Plaintiff - Appellant,

    v.

DOMINO'S; JUSTIN KIGER; JAMES THOMPSON,

        Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:20-cv-00205-TDS-LPA)

Submitted:  April 14, 2022                  Decided:  April 19, 2022

Before DIAZ and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Derrick Michael Allen, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Michael Allen, Sr., who filed a complaint under 42 U.S.C. § 1983, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Allen's complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Allen v. Domino's*, No. 1:20-cv-00205-TDS-LPA (M.D.N.C. Jan. 5, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*